UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>        v.<br><br>SHAWN PRIM,<br>    Defendant. | :<br>:<br>:  No. 5:17-cr-00078<br>:<br>:<br>:<br>: |

# O R D E R

**AND NOW**, this 23rd day of April, 2021, upon consideration of Defendant Shawn Prim's *pro se* Emergency Motion for Compassionate Release, ECF No. 79, the Government's response thereto, ECF No. 81, Prim's reply to the Government's response, ECF No. 85, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Prim's motion, ECF No. 79, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge